

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR I 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANGEL WANG

**PLAINTIFF/PETITIONER**

Camping World Hold, Inc.
v.
Thor Motor Coach Corp.

**DEFENDANT/RESPONDENT**

**CASE NUMBER**

8:24-CV-00572-CJC-DFMx

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____?_____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | | | |
   |---|---|---|
   | Public benefits? | ☐ Yes | ☒ No |
   | Business, profession or form of self-employment? | ☐ Yes | ☒ No |
   | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
   | Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | Gifts or inheritances? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |
   | Loans? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: SSI $1183, County Relife $25,-

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes   ☐ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration.  checking account is $102.-
cash is $16.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☒ No

If you answer is yes, describe the property and state its approximate value:

5. In what year did you last file an Income Tax Return?  2022
Approximately how much income did your last return reflect?  $18,029

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:  $13,000 from SSI

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | $742.57 | | Credit Cards | $4712.72 |
| Transportation | $250.- | | Child Care | 0 |
| Food | $400.- | | Insurance | $96.84 |
| Medical | $70.- | | Loans | up $350,000 |
| Utilities | $100.- | | Other | fixing RV $? |

California
State

Orange County
County (or City)

I, ANGEL WANG declare under penalty of perjury that the foregoing is true and correct.  Executed on:

_____
Date

_____
Plaintiff (Signature)