Full Nam: ANGEL WANG
Email: AngelWang777@yahoo.com
Mailing Address: PO Box 1583
Placentia CA 92871
Phone Number: 949-922-4999

FILED
2024 SEP 12 PM 1:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Wang | Case No: 8:24-cv-00572-AB-DFM |
| Plaintiff, | |
| Vs. | Respond Documents Number : 27 |
| | From Court Request with Marshal |
| Camping World Hold, Inc. | Service and Mails Service |
| Thor Motor Coach Corp. | |
| | (Thor Motor Coach) |
| Defendant. | |

I am plaintiff, Angel Wang, I have requested the Marshal Service in twice, because I have requested for Marshal Service for that I was filling the Summon Complain in the first time. When I went to the Court in Santa Ana for filing my amended complaint. Then I found out the court did not served my summon complaining for me that I have to serve the summon complain by myself on April 08, 2024. Therefore I went to the Post Office after I left the Court and I sent out my summon complain and amended complain by myself to defendants Camping World Hold, Inc and Thor Motor Coach Corp in same day on April 08, 2024. Please see attachment in after next page.

I never received any respond from the two defendants from my complaining, then I

1

1  got a letter from Court that I have service wrong about my summon complain and my
2  amended complaining. Therefore, I have filed the Marshal Mail Service in second on May 12,
3  2024.
4  I think my Marshal Mail Service has not granted. So I will send amended complain with the
5  form to the defendants with Camping World Hold Inc and thorn Motor Coach Corp again in
6  09/03/2024. After that I will send to the Court about my proof service.

Dated: Sep 03, 2024
Sign: _____
In Pro Per: Angel Wang

# Thor Motor Mail Proof Service By USPS

8:59

All Shopping Images Videos News Forums

**Track your package**
Data provided by USPS

Tracking number 9510813374524099920931

- Tracking number created
- In transit
  April 12, 07:40AM
  Elkhart, IN
- Out for delivery
- Delivered

View details on USPS

Call 1-800-275-8777

Track another package

9:00

tools.usps.com

## USPS Tracking®

FAQs >

**Tracking Number:** Remove X

**9510813374524099920931**

Copy Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent for final delivery in ELKHART, IN 46515 on April 12, 2024 at 7:40 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered to Agent**
**Delivered to Agent for Final Delivery**
ELKHART, IN 46515
April 12, 2024, 7:40 am

See All Tracking History

What Do USPS Tracking Statuses Mean?





```
                    PLACENTIA
              1400 N KRAEMER BLVD
             PLACENTIA, CA 92871-9998
                  (800)275-8777
09/03/2024                            04:28 PM

Product              Qty    Unit       Price
                            Price
----------------------------------------------
First-Class Mail®     1                $2.31
Large Envelope
    Elkhart, IN 46516
    Weight: 0 lb 3.30 oz
    Estimated Delivery Date
        Mon 09/09/2024
    Certified Mail®                    $4.85
        Tracking #:
        9589 0710 5270 1418 4500 40
Total                                  $7.16

Grand Total:                           $7.16

Credit Card Remit                      $7.16
    Card Name: VISA
    Account #: XXXXXXXXXXXX6701
    Approval #: 003204
    Transaction #: 890
    AID: A0000000031010     Chip
    AL: VISA CREDIT
    PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
     Associate can show you how.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
     https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

       Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

UFN: 056102-0590
Receipt #: 840-59260075-1-6953160-2
Clerk: 01
```

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Sent To: Thor Motor Coach Inc.
Street and Apt. No., or PO Box No.: 101 County Road 15
City, State, ZIP+4: Elkhart, IN 46516

*Thor Motor Coach*

⚠ ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. MAY IM... ⌄

# USPS Tracking®

FAQs ⌃

## Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Tracking

Remove X

**Tracking Number:**

## 9589071052701418450040

Copy | Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 7:39 am on September 9, 2024 in ELKHART, IN 46515.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered to Agent
Delivered to Agent, Left with Individual
ELKHART, IN 46515
September 9, 2024, 7:39 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Feedback